# GIBSON DUNN

Mylan L. Denerstein
T: +1 212.351.3850
M: +1 718.869.1671
mdenerstein@gibsondunn.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    03/04/2025

# MEMO ENDORSED

March 3, 2025

**VIA ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Perelman v. Visa USA, Inc.*, 24-cv-9793 (JHR)(KHP)

Your Honor:

I represent Defendant Visa USA, Inc., in the above-referenced matter.  Pursuant to the Court's Order Scheduling Initial Case Management Telephone Conference (ECF No. 10 at 2), Defendant writes to respectfully request an extension of the initial scheduling and case management telephone conference currently set for March 10, 2025.

Plaintiff filed the present suit on December 18, 2024.  ECF No. 1.  On January 28, 2025, this Court set the initial scheduling and case management conference for March 10, 2025.  ECF No. 10. However, pursuant to Standing Order M10-468, Defendant only acknowledged service of the complaint by the U.S. Marshals Service today, March 3, 2025, and undersigned counsel only appeared in this case moments ago.  Given that Defendant has only just been served, and counsel has only just appeared, Defendant believes a March 10 scheduling and case management conference would be premature.  Defendant therefore respectfully requests that the Court continue the initial scheduling and case management conference until after either (1) a decision has been made on any Rule 12 motion, or, at a minimum, (2) after Defendant's responsive pleading deadline, currently set under the standing order for May 2, 2025.

The proposed extension will allow Defendant sufficient time to analyze and respond to Plaintiff's claims and engage in good faith in the mediation to which this case was referred.  The parties can then provide the Court with a reasonable proposed schedule, should one be necessary.

This is Defendant's first request for an extension of the deadline.  This request is timely pursuant to the Court's January 28, 2025 order, which states that a request for change the date of the conference be made "no later than three (3) business days before the scheduled conference date." Defendant conferred with Plaintiff on February 28, 2025, to inform Plaintiff that Defendant would

# GIBSON DUNN

March 3, 2025
Page 2

be requesting an extension of the initial scheduling and case management conference.  Plaintiff acknowledged that he did not know enough about the process to consent.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

*Mylan L. Denerstein*

Mylan L. Denerstein
*Counsel for Defendant Visa USA, Inc.*

cc:     Plaintiff Mark A. Perelman (via ECF)

---

**APPLICATION GRANTED:  The Initial Case Management telephone conference scheduled for  Monday, March 10, 2025 at 12:00 p.m. is hereby rescheduled to <u>Monday, May 5, 2025 at 12:00 p.m.</u>  The parties are directed to call into the Court's teleconference line at the scheduled time by dialing (646) 453-4442, Phone Conference ID: 903 858 329#.**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**03/04/2025**