UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK A. PERELMAN,

                                        Plaintiff,

                    -against-

VISA USA, INC.,

                                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/5/2026

**POST-CONFERENCE ORDER**

**24-CV-9793 (JHR) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On January 5, 2026, the parties appeared before the undersigned for a telephonic case management conference.  As set forth on the record, the parties will meet and confer to discuss outstanding issues with discovery which is set to close on February 5, 2026.

Defendant is directed to file a letter with the Court by **Monday, January 12, 2026**, stating (1) whether it has been able to obtain information regarding the referral of other candidates who applied for the same positions as Plaintiff, and (2) whether it conducted any assessments of decisionmakers' compliance with DEI policies.  Defendant is further ordered to produce native excel versions of the PDF files previously provided, including rows for the successful candidates and, if possible to ascertain, those candidates who were referred for other positions, including the rows for the applicants who were given interviews, and excluding the remaining rows.  Defendant is also directed to produce demographic information, if extant, for other candidates for the three positions for which Plaintiff received a hiring manager rating to the extent their resume also was forwarded to the hiring managers for a rating and/or they were given an interview.

A telephonic case management conference in this matter is hereby scheduled for **Friday, February 20, 2026 at 10:00 a.m.**  At the time of the conference, the parties shall call  **(646) 453-4442; access code 693650896**.

**SO ORDERED.**

Dated: January 5, 2026
        New York, New York

_____

KATHARINE H. PARKER
United States Magistrate Judge