UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK A. PERELMAN,

                                Plaintiff,

                -against-

VISA USA, INC.,

                                Defendant.

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #:_____
> DATE FILED: _1/28/2026_

**ORDER**

**24-CV-9793 (JHR) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On January 27, 2026, the parties filed a joint letter motion to seal an exhibit submitted in support of Plaintiff's response to Visa's January 12, 2026 letter.  (*See* ECF Nos. 49, 53) Specifically, the parties seek to partially seal and redact Exhibit 1 contained in their joint filing at ECF No. 53. The Court has reviewed the filing and finds that Exhibit 1 contains personal information, specifically the names of individuals who are non-parties to this action, and therefore redaction of such documents is consistent with the *Lugosch* standard.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest."); *see also Oklahoma Firefighters Pension & Ret. Sys. v. Musk,* No. 22 Civ. 3026, 2024 WL 2305264, at *2 (S.D.N.Y. May 20, 2024) (granting motion to redact non-party employee names from a filing).  Inclusion of the non-party names here would likewise be irrelevant and privacy interests outweigh the interests of public access.   Therefore, the motion to partially seal and redact at ECF No. 53 is GRANTED.

In the future, the Court requests that a more detailed explanation of the privacy interests at stake be provided and notes that the sealing of an information filed in connection with a non-dispositive matter does not mean that such information will be sealed if filed in

connection with a dispositive motion.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 53.**

   **SO ORDERED.**

Dated: January 28, 2026
      New York, New York

   _____
   KATHARINE H. PARKER
   United States Magistrate Judge

2